UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edwin Zayas                    Plaintiff,<br><br>-v-<br><br>569 Hudson LLC and J.P.G. LLC<br><br>                               Defendant. | Case No. 18-cv-7091-GHW<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

569 Hudson LLC                                   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 10/23/2018

Signature of Attorney

Attorney Bar Code: 7479

Form Rule7_1.pdf   SDNY Web 10/2007