**BORAH GOLDSTEIN**
ALTSCHULER NAHINS & GOIDEL, P.C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2018
```

*Jeffrey C. Chancas*
*Partner*
*JChancas@borahgoldstein.com*
O: (212) 431-1300, Ext. 611
F: (212) 965-2773

October 25, 2018

<u>Via ECF</u>

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Room 12C
New York, New York 10007

# MEMORANDUM ENDORSED

Re:   Edwin Zayas v. 569 Hudson LLC and
      J.P.G. LLC
      United States District Court
      Southern District of New York
      <u>Case No. 18-cv-07091 (GHW)(RWL)</u>

Honorable Judge Woods:

This firm represents Defendant 569 Hudson LLC ("Hudson") in the above-referenced matter. We respectfully request an extension of time for Hudson to answer, move or otherwise respond to the Complaint through and including November 21, 2018.

This is Hudson's first request for an extension of time to answer.

This request for the extension of time for Hudson to answer the Complaint is being made to afford Hudson further time to investigate the allegations therein, to respond to the allegations, and to discuss settlement with Plaintiff's counsel. This request does not interfere with any other scheduled dates, since the Initial Pretrial Conference is scheduled for November 28, 2018 at 4:30 p.m. This request is with the consent of Plaintiff's counsel.

Although the case docket [ECF #10] says that the answer was due September 7, 2018, since the alleged service of process was made upon the New York State Secretary of State, Hudson's principal advised me that Hudson never received the Summons and Complaint. In addition, Plaintiff did not file the Affidavit of Service until October 9, 2018, so until that date, the case docket never reflected that service of process had allegedly been effectuated and that the answer was due by September 7th.

*Manhattan Office* | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com



**BORAH GOLDSTEIN**
ALTSCHULER NAHINS & GOIDEL, P.C.

Honorable Gregory H. Woods
United States District Judge
October 25, 2018
Page 2 of 2

In any event, there is no prejudice to Plaintiff from the requested extension of time and, as stated above, Plaintiff's counsel consents to the requested extension.

Wherefore, I respectfully request that the Court grant the extension of time for Hudson to file its answer to the Complaint until November 21, 2018.

Thank you.

Respectfully submitted,

JEFFREY C. CHANCAS

JCC:rg

Application granted. The deadline for Defendant 569 Hudson LLC to answer or otherwise respond to the complaint is extended to November 21, 2018.

Plaintiff is directed to serve a copy of this order on Defendant J.P.G. LLC and to retain proof of service.

SO ORDERED.

Dated: October 26, 2018
New York, New York

GREGORY H. WOODS
United States District Judge

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com