UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2020

------------------------------------------------------------------X

EDWIN ZAYAS, individually and on behalf of all others similarly situated,

                  Plaintiff,

-v-

569 HUDSON LLC, and J.P.G. LLC,

                  Defendants.

------------------------------------------------------------------X

18-cv-7091 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of the parties' March 1, 2020 status letter. (Dkt. No. 63.)

    IT IS HEREBY ORDERED that the parties shall appear for a telephonic status conference on April 21, 2020 at 10:30 a.m. At that time, the Court will set a trial date.

    The parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: April 7, 2020
       New York, New York

                                      _____
                                      LEWIS J. LIMAN
                                      United States District Judge