```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EDWIN ZAYAS, individually and on behalf of all others              :
similarly situated,                                                :
                                                                   :
                              Plaintiff,                           :     18-cv-7091 (LJL)
         -v-                                                       :
                                                                   :     ORDER
569 HUDSON LLC, and J.P.G. LLC,                                    :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020

LEWIS J. LIMAN, United States District Judge:

As discussed at the status conference today, IT IS HEREBY ORDERED:

1. Any motion for summary judgment is due by June 8, 2020.

2. A pretrial conference is SET for July 13, 2020 at 4:30 p.m.

3. Trial will begin on July 20, 2020.

SO ORDERED.

Dated: April 21, 2020
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge