```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EDWIN ZAYAS, individually and on behalf of all others              :
similarly situated,                                                :
                                                                   :
                              Plaintiff,                           :    18-cv-7091 (LJL)
                                                                   :
                -v-                                                :    ORDER
                                                                   :
569 HUDSON LLC, and J.P.G. LLC,                                    :
                                                                   :
                              Defendants.                          :
                                                                   X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2020

LEWIS J. LIMAN, United States District Judge:

  On April 21, 2020, the Court ordered that any motion for summary judgment was due by June 8, 2020.  (Dkt. No. 65.)  That order also set a pretrial conference for July 13, 2020 and a trial date of July 20, 2020.  (*Id.*)

  Neither side has filed a summary judgment motion.

  IT IS HEREBY ORDERED that the previously-set pretrial conference shall proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.  In advance of that conference, the parties shall submit a joint pretrial order.

  IT IS FURTHER ORDERED that, instead of July 20, 2020, trial shall begin on August 24, 2020.

Dated: June 10, 2020
   New York, New York

                 LEWIS J. LIMAN
                 United States District Judge