

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
|---|---|---|---|
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

July 15, 2020

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

*Application for extension GRANTED.*

*7/15/2020*

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

Re:   **Zayas v. 569 Hudson, LLC et al.**
      **Case No. 1:18-cv-07091-LJL**)

Dear Judge Liman:

We represent Defendant J.P.G., LLC ("Defendant") in connection with the above referenced matter. We write jointly with James Bahamonde, Esq., counsel for Plaintiff, and Jeffrey Chancas, counsel for 569 Hudson, LLC, to notify this Court that the parties are still negotiating and finalizing the terms and conditions of the settlement agreement. As such, the parties request that matter remain open for an additional 30 days so that the parties can finalize the settlement. We anticipate that within the next 30 days the parties file a stipulation of dismissal.

Thank you for your consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Joseph J. DiPalma*
Joseph J. DiPalma

cc:   All counsel (via ECF)